## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PURDUE UNIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EUGENE SCALIA, in his official capacity as Secretary, Department of Labor, *et al.*, <br><br> Defendants. | Civ. Action No. 20-3006 (EGS) |
| STELLAR IT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EUGENE SCALIA, in his official capacity as Secretary, Department of Labor, *et al.*, <br><br> Defendants. | Civ. Action No. 20-3175 (EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the *Purdue* Plaintiffs' motion for partial summary judgment, ECF No. 6, is **GRANTED**; and it is further

**ORDERED** that the *Purdue* Defendants' cross-motion for partial summary judgment, ECF No. 19, is **DENIED**; and it is further

**ORDERED** that the *Stellar IT* Plaintiffs' motion for partial summary judgment, ECF No. 7, is **GRANTED**; and it is further

**ORDERED** that the *Stellar IT* Defendants' cross-motion for partial summary judgment, ECF No. 9, is **DENIED**; and it is further

**ORDERED** that Defendants are directed to reissue any prevailing wage determinations issued on or after October 8, 2020 under the wage methodology of the IFR; and it is further

**ORDERED** that the parties shall meet-and-confer to discuss a mutually agreeable schedule to reissue the relevant prevailing wage determinations.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**December 14, 2020**